# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GRIMES,<br><br>                    Plaintiff,<br><br>     v.<br><br>RADGER,<br><br>                    Defendant.<br>_____/ | CASE NO. 1:10-CV-02272-DLB PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(DOC. 8) |

Plaintiff James Grimes ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff initiated this action by filing his complaint on December 8, 2010. Pending before the Court is Plaintiff's motion to dismiss the case, filed March 11, 2011. Doc. 8.

Plaintiff seeks to dismiss this action because the name of the Defendant is apparently fictitious. The Court construes this as a notice of voluntary dismissal. An action may be dismissed by a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff is the only party to appear in this action.

Plaintiff also requests that the Court cease its order which deducted twenty percent from Plaintiff's funds to pay the filing fee. The Court cannot grant this request. Prisoners are statutorily obligated to pay the full filing fee, even if they are proceeding in forma pauperis. 28 U.S.C. § 1915(b)(1).

Accordingly, the Court HEREBY directs the Clerk of the Court to close this action pursuant to Plaintiff's notice of voluntary dismissal, filed March 11, 2011.

IT IS SO ORDERED.

Dated:   **April 11, 2011**              **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

1