# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GRIMES, | CASE NO. 1:10-CV-02272-DLB PC |
| Plaintiff, | ORDER DENYING MOTION FOR CLARIFICATION (DOC. 14) |
| v. | |
| K. KODGER, | |
| Defendant. | |

Plaintiff James Grimes ("Plaintiff") is a federal prisoner, proceeding pro se and in forma pauperis in this civil rights action pursuant to *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971). The Court screened Plaintiff's complaint on June 3, 2011, and dismissed the action for failure to state a claim. Pending before the Court is Plaintiff's motion for clarification, filed June 29, 2011.

Plaintiff fails to explain what part of the Court's June 3, 2011 order requires clarification. Plaintiff's action was dismissed for failure to state a claim. The Court's reasons were stated in the order. Accordingly, Plaintiff's motion for clarification is denied.

IT IS SO ORDERED.

Dated:   **July 1, 2011**            /s/ **Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE